**FILED**

SEP 28 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
　　　　　DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-CR-00187-DB |
| Plaintiff, | ) <br> ) ORDER TO SHOW CAUSE AND ORDER |
| | ) TO ISSUE SUMMONS RE: PRE- |
| v. | ) JUDGMENT PROBATION REVOCATION |
| | ) |
| XAVIER M. GONZALES-GARCIA, | ) |
| | ) Date:  October 18, 2016 |
| Defendant. | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Deborah Barnes |
| | ) |
| | ) |

## ORDER TO SHOW CAUSE AND ISSUE SUMMONS

It is Hereby Ordered that the defendant shall appear on October 18, 2016, at 10:00 a.m. to show cause why the pre-judgment probation granted on September 29, 2015, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///

///

///

///

///

///

ORDER TO SHOW CAUSE                     1                     U.S. v. XAVIER M. GONZALES-GARCIA

1    It is further ordered that the Clerk's office shall issue a

2    summons directing the defendant to appear on October 18, 2016, at

3    10:00 a.m.

4    IT IS SO ORDERED.

5

6    Dated: Sept. 28, 2016

7    _____
     Hon. Deborah Barnes

8    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28