HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
XAVIER GONZALES-GARCIA

**FILED**

OCT 17 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00187-DB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PROBATION REVOCATION HEARING |
| vs. | |
| XAVIER GONZALES-GARCIA, | Date: November 15, 2016 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between Phillip A. Tabert, Acting United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant for the Federal Defender Linda Allison, attorney for Xavier Gonzales-Garcia, that the probation revocation hearing scheduled for October 18, 2016 be vacated and be continued to November 15, 2016 at 10:00 a.m.

This continuance is necessary as the defense requires additional time to review the police report and hold discussions with her client.

DATED: October 17, 2016                Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/Linda Allison
LINDA ALLISON
Chief Assistant to the Federal Defender
Attorneys for Defendant
XAVIER GONZALES-GARCIA

Stipulation and [Proposed] Order to Continue Status Conference            -1-

DATED: October 17, 2016          PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 /s/Justin Lee
                                 Justin Lee
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the October 18, 2016 probation revocation hearing shall be continued until November 15, 2016 at 10:00 a.m.

Dated: October 17, 2016          _____
                                 HON. DEBORAH BARNES
                                 United States Magistrate Judge